UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARCEL BEARD,<br><br>            Petitioner,<br><br>     vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Respondent.<br>_____/ | 1:09-cv-01750-YNP [DLB] (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

   IT IS SO ORDERED.

   **Dated:   November 3, 2009**              **/s/ Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE